

# FERNANDES MARITIME CONSULTANTS, LLC
- CONSULTANTS | ENGINEERS | SURVEYORS -

1634 NEW YORK STREET, NEW ORLEANS, LOUISIANA 70122
www.fmcneworleans.com

Tel: (504) 304-1932  
Fax: (504) 309-3405

Mobile: (504) 982-1234  
E-Mail: jfernandes@fmcneworleans.com

June 7, 2011

INVOICE NO: 06-11497-JFF

M.V. "PANOCEANIS" and concerned

Phelps Dunbar, LLP  
One Canal Place, Ste. 2000  
365 Canal Street  
New Orleans, LA 70130

Attn: Hugh Straub, Esq.  
Our Ref: FMC-10-12491/492

## INVOICE

Re: Alleged contact with barge tow being pushed by Tug "EULA B'DEVALL" at Mile 103, Lower Mississippi River, Nine Mile Point, Louisiana at 0535 hours on December 31, 2010.

FOR SERVICES: For professional services rendered mainly consisting of:

-- Receive the assignment, coordinate inspection with agents, complete attendance formalities on December 31, 2010.
-- Round trip travel to Ama Anchorage, Mile 115, Mississippi River, Louisiana. Attend inspection on board the vessel on December 31, 2010 (J.Fernandes & T Sullivan). (5 hours - when 2 surveyors attend, charges are only for 1 surveyor).
-- Draft Field Survey Report on December 31, 2010 (1 hour)
-- Draft Preliminary Advice on December 31, 2010 (1 hour.)
-- Round trip travel to Vessel Repair, Port Arthur, TX. Attend inspection on barge, "EIDC14" on January 6, 2011. (4 hours).
-- Compile report and photo booklet (1 hour)
-- Round trip travel to Mile 136 Mooring Buoys, Mississippi River, Louisiana. Attend inspection on board the vessel on January 7, 2011 (J Fernandes) (6 hours).
-- Draft First Supplementary Advice on January 8, 2011 (1 hour.)

*Continued ......*

Checks payable and due to FERNANDES MARITIME CONSULTANS, LLC., upon presentation  
Terms: *Due Upon Receipt. After 30 days, we reserve the right to charge Interest*  
For wire transfer: Capital One, N.A. 7033 Canal Blvd., New Orleans, LA 70124  
ABA # 065000090, Account 2081728014, Phone # (504) 533-3586  
Federal Tax Identification Number: 27-0457999

**EXHIBIT B**

M.V. "PANOCEANIS"  FERNANDES MARITIME CONSULTANTS, LLC
OUR REF: FMC-1012491/492  INVOICE NO: 06-11497-JFF

-- Round trip travel to Mile 165, Burnside Anchorage, Mississippi River, Louisiana. Attend inspections on board on January 8 and 10, 2011 (J Fernandes/T Sullivan) (12hrs).
-- Draft Second Supplementary Advice and photo booklet on January 10, 2011 (2 hours)
-- Round trip travel to Mile 137, Triangle Fleeting Area, Mississippi River, Reserve, La. Attend inspection of barge "CC97511B" on January 11, 2011 (T Sullivan) (4 hours).
-- Draft Third Supplementary Advice and photo booklet on January 11, 2011 (1.5 hours.)
-- Round trip travel to Web Fleet, Houston TX. Attend joint inspection with Mr. Guy Anderson on barge, "EIDC11" on January 12, 2011. (4 hours).
-- Draft Fourth Supplementary Advice and photo booklet to client on Jan 12, 2011(1 hour)
-- Round trip travel to Greensport Terminal, Houston, TX on April 23, 2011. Attend inspection on board the vessel. (1 Day).
-- Draft Fifth Supplementary Report on April 25, 2011 (1hour.)
-- Various written and verbal communications with agents, Phelps Dunbar, vessel, owners, Mr. Larsen, Gard, barge and tug operators, Budwine & MTS surveyors, Boland and Bludworth repair firms, and other relevant parties between Dec. 31, 2010 and April 25, 2011(5hours)

TOTAL HOURS.................................................................. 1 Day & 49-1/2 HOURS
TOTAL FEE...........................................................................$ 7,437.50

FOR EXPENSES:
Local Mileage: 36 mi (12/31/10), 80 (1/6/11),
 64 (1/7), 2 x 118 (1/8&10), 64 (1/11), 140 (1/12), 32 (4/23)  $   652.00
Air fare: (NOLA-Houston (4/23)  $   411.90
Car Rental, Gas and & tolls  $   104.74
Airport parking:  $    20.00
Photographs:  $    25.00
Communication and administrative expenses:  $    75.00
TOTAL EXPENSES:  $ 1,288.64

TOTAL AMOUNT OF INVOICE.........................................................$ 8,726.14